UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| OLIVIER MISIGARO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No. 2:25-cv-00538-LEW ) |
| PATRICIA HYDE, et al., | ) ) |
| Defendants, | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order entered by Chief U.S. District Judge Lance E. Walker on November 10, 2025,

JUDGMENT of Dismissal Without Prejudice is hereby entered.

ERIC M. STORMS
ACTING CLERK

By: /s/ Stacey Graf
Deputy Clerk

Dated this 12th day of November, 2025.